# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00004

MELLISA UMPHENOUR, et al.,

    Plaintiff,

v.

PBJD Enterprises Inc,

    Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Mellisa Umphenour, an individual, on her own behalf, and on behalf of LH, her minor child, hereby voluntarily dismisses this action with prejudice.

Respectfully submitted this 21st day of February.

s/   James R. Carr

James R. Carr
ADA Justice Advocates
4800 Baseline Rd., Suite E104-289
Boulder, CO 80303
303-963-9840
Email: jcarr@adajustice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and emailed the same to defense attorney:

R. Livingston Keithley
The Overton Law Firm
165 S Union Blvd
Suite 542
Lakewood, CO 80228
Livingston.Keithley@overtonlawfirm.com

s/ Ashley Iannacone

2